

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00046-CV

**IN THE ESTATE OF MARIA F. HERNANDEZ**, Deceased

From the Probate Court No. 2, Bexar County, Texas
Trial Court No. 2013-PC-1030
Honorable Tom Rickhoff, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE ANGELINI, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED. It is ORDERED that appellees Adolfo Hernandez and Mary Frances Flores recover their costs of appeal from appellants Abel Hernandez and Josefa Zatarain Flournoy.

SIGNED December 31, 2014.

_____
Rebeca C. Martinez, Justice